UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRIC SEAN BUFFORD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA ENTZEL,<br><br>　　　　　Respondent. | Case No. 5:17-cv-01000-JLS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Electronic Case Filing Number ("ECF No.") 1, Petition; ECF No. 12, R&R. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying Petitioner's Petition and dismissing this action with prejudice and without leave to amend.

Dated: June 18, 2018

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge