JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENDRIC SEAN BUFFORD,

　　　　　　　　Petitioner,

　　　　v.

CYNTHIA ENTZEL,

　　　　　　　　Respondent.

Case No. 5:17-cv-01000-JLS (SHK)

**JUDGMENT**

Pursuant to the Order Accepting Findings and the Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Petitioner's Petition is denied and that this action is dismissed with prejudice and without leave to amend.

Dated: June 18, 2018

HONORABLE JOSEPHINE L. STATON
United States District Judge